68 F.3d 456
 Ruth J. Kuhns, Blake C. Heffner, William W. Shellhammer
v.
Meridan Bancorp, Inc., Successor to First National Bank of
Allentown, Ruth J. Kuhns, Blake C. Heffner, William W.
Shellhammer, as Representatives of Plaintiff Class,
Appellants in No. 94-1839; Ruth J. Kuhns, Blake C. Heffner,
William W. Shellhammer v. Meridian Bancorp, Inc., Successor
to First National Bank of Allentown, Meridian Bancorp, Inc.,
Sucessor to First National Bank of Allentown, Appellant in 94-1869
 NOS. 94-1839, 94-1869
 United States Court of Appeals,
Third Circuit.
 Sept 08, 1995
 Appeal From: E.D.Pa., No. 92-cv-04065
 
 1
 AFFIRMED IN PART, REVERSED IN PART.